

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2019

No. 04-19-00427-CR, 04-19-00428-CR & 04-19-00429-CR

The **STATE** of Texas,
Appellant

v.

Raymond **SOTO,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9018, 2018CR9019, 2018CR9020
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

By order dated October 28, 2019, we abated these appeals to the trial court to determine if appellate counsel should be appointed to represent appellee in these appeals. On November 13, 2019, a supplemental clerk's record was filed containing the trial court's findings of fact and conclusions of law noting appellate counsel had been appointed. It is therefore ORDERED that these appeals are REINSTATED on the docket of this court. Appellee's brief must be filed no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court